# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| KEVIN WANNER, | Civil No. 22-1307 (JRT/JFD) |
| Petitioner, | |
| v. | **ORDER** |
| B. EISCHEN<br>*FPC-Duluth Warden*, | |
| Respondent. | |

Kevin Wanner, Reg. No. 16722-059, FMC, Bldg 10-2, PMB 4000M Rochester, MN 55903-4000, *pro se* petitioner.

Chad A Blumenfield, Ana Voss, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for respondent.

Magistrate Judge John F. Docherty filed the Report and Recommendation on 04/05/2023. (ECF No. 19.) No objections have been filed in the time permitted.

Based on the Report and Recommendation, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (ECF No. 19) is **ADOPTED.**

2. Mr. Wanner's petition is **DISMISSED WITHOUT PREJUDICE**.

Dated: May 15, 2023                                           ___s/John R. Tunheim___
at Minneapolis, Minnesota                                  JOHN R. TUNHEIM
                                                                                       United States District Judge